Order issued November 14, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01423-CV

## IN RE JAMES FLANAGAN, Relator

Original Proceeding from the 191st Judicial District Court
Dallas County, Texas
Trial Court Cause No. 09-12879

# ORDER

Before Justices Moseley, FitzGerald, and Myers

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

We **ORDER** that relator bear the costs of this original proceeding.

KERRY P. FITZGERALD
JUSTICE